# Third District Court of Appeal

## State of Florida

Opinion filed July 8, 2015.

_____

No. 3D14-1395
Lower Tribunal No. 12-15201

_____

**Luis Fundora Moreno,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Carlos J. Martinez, Public Defender, and Jeffrey Paul Desousa, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and LAGOA and FERNANDEZ, JJ.

<u>Confession of Error</u>

SUAREZ, C.J.

Upon the appellee's well taken confession of error, we affirm the revocation

of the appellant's community control, but remand the case for the

limited purpose of holding a new sentencing hearing with an offer of counsel consistent with the requirements of Florida Rule of Criminal Procedure 3.111(d)(5).